MATT HANSEN v. BOWLIN REALTY COMPANY and Others.[1]

April 26, 1907.

Nos. 15,227—(79).

Appeal by plaintiff from an order of the district court for Ramsey county, Olin B. Lewis, J., denying a motion for a new trial, after a trial and findings in favor of the defendants. Affirmed.

*Joseph T. Avery* and *David F. Peebles*, for appellant.
*Morphy, Ewing & Bradford*, for respondents.

PER CURIAM.

This action was brought for the purpose of compelling the execution and delivery to plaintiff of a written lease to certain premises which had been occupied by plaintiff as a tenant. Waiving the point that the assignments of error are insufficient, the evidence manifestly supports the findings and decision of the trial court.

Order affirmed.